EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| EX Parte:<br><br>Mireya Segura Márquez | 2017 TSPR 42<br><br>197 DPR ____ |

Número del Caso: TS-16,533

Fecha: 27 de marzo de 2017

Abogado de la peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Mireya Segura Márquez             TS-16,533

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de marzo de 2017.

Examinada la *Moción de readmisión al ejercicio de la abogacía* presentada por la abogada Mireya Segura Márquez, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo